1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   EZELL MOORE,                              No.  2:16-cv-1615-EFB P

12                 Plaintiff,

13        v.                                   ORDER

14   PHILLIP COOK, et al.,

15                 Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.  His complaint alleges claims that arose in Kern County.  *See* ECF No. 1.  Kern

19   County is in the Fresno Division of the United States District Court for the Eastern District of

20   California, and this action should have been commenced there.  E.D. Cal. Local Rule 120(d).

21   Where a civil action has not been commenced in the proper division of a court, the court may, on

22   its own motion, transfer the action to the proper division.  E.D. Cal. Local Rule 120(f).

23        Accordingly, it is hereby ordered that:

24        1.  This action is transferred to the Fresno Division.

25        2.  The Clerk of Court shall assign a new case number.

26        3.  All future filings shall bear the new case number and shall be filed at:

27   /////

28   /////

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Eastern District of California
2500 Tulare Street
Fresno, CA 93721

DATED:  July 18, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE